UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**BRAND SERVICES, LLC**                                **CIVIL ACTION**

**VERSUS**                                             **NO:    15-5712**

**IREX CORPORATION**                                   **SECTION: "H" (4)**

### ORDER

**IT IS ORDERED** that Plaintiffs' **Motion to Modify the Protective Order (R. Doc. 41)** shall be heard **by oral argument** on **September 21, 2016 at 11:00 a.m.** in the undersigned United States Magistrate Judge's Courtroom located at 500 Poydras Street, Room B-431, New Orleans, Louisiana.

New Orleans, Louisiana, this 16th day of September 2016.

**KAREN WELLS ROBY**
**UNITED STATES MAGISTRATE JUDGE**